FILE COPY



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

Wednesday, February 25, 2015

MIGUEL ANGEL PAREDES
C/O DAVID R. DOW
UNIVERSITY OF HOUSTON LAW CENTER
100 LAW CENTER
HOUSTON, TX 77204

District Attorney Bexar County
300 Dolorosa St No 5072
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

**Re:** PAREDES, MIGUEL ANGEL
**CCA No.** WR-61,939-01                                     **COA No.**
**Trial Court Case No.** 2000CR6067B-W1

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   Edward L. Marshall (DELIVERED VIA E-MAIL)
Michael C. Gross (DELIVERED VIA E-MAIL)
District Clerk Bexar County (DELIVERED VIA E-MAIL)
399th District Court Presiding Judge
Joni White (DELIVERED VIA E-MAIL)
DAVID R. DOW (DELIVERED VIA E-MAIL)
Jeffrey Newberry (DELIVERED VIA E-MAIL)